# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COALITION FOR AFFORDABLE UTILITY SERVICES AND ENERGY EFFICIENCY IN PENNSYLVANIA; THE TENANT UNION REPRESENTATIVE NETWORK AND ACTION ALLIANCE OF SENIOR CITIZENS OF GREATER PHILADELPHIA, | No. 658 MAL 2015 |
| Cross Petitioners | Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION, | |
| Respondent | |
| RETAIL ENERGY SUPPLY ASSOCIATION, PHILADELPHIA AREA INDUSTRIAL ENERGY USERS GROUP, OFFICE OF SMALL BUSINESS ADVOCATE, OFFICE OF CONSUMER ADVOCATE, FIRST ENERGY SOLUTIONS CORP., DIRECT ENERGY SERVICES, LLC, | |
| Intervenors | |
| TANYA J. MCCLOSKEY, ACTING CONSUMER ADVOCATE | No. 659 MAL 2015 |
| v. | Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PENNSYLVANIA PUBLIC UTILITY COMMISSION | |

TENANT UNION REPRESENTATIVE
NETWORK, RETAIL ENERGY SUPPLY
ASSOCIATION, PPL ENERGYPLUS LLC,
OFFICE OF SMALL BUSINESS ADVOCATE,
DIRECT ENERGY SERVICES LLC,
COALITION FOR AFFORDABLE UTILITY
SERVICES AND ENERGY EFFICIENCY IN
PENNSYLVANIA, CAUSE PA, ACTION
ALLIANCE OF SENIOR CITIZENS OF
GREATER PHILADELPHIA,

              Intervenors

CROSS PETITION OF:  COALITION FOR
AFFORDABLE UTILITY SERVICES AND
ENERGY EFFICIENCY IN
PENNSYLVANIA; THE TENANT UNION
REPRESENTATIVE NETWORK AND
ACTION ALLIANCE OF SENIOR
CITIZENS OF GREATER PHILADELPHIA

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of April, 2016, the Cross Petition for Allowance of Appeal is **DENIED**.